1   Tanya E. Moore, SBN 206683
    MISSION LAW FIRM, A.P.C.
2   332 North Second Street
    San Jose, California  95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   E-mail: service@mission.legal

5   Attorneys for Plaintiff
    Francis Moralez
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  FRANCISCA MORALEZ,                 )  No.  3:17-cv-05871-CRB
                                       )
12              Plaintiff,             )  **STIPULATION FOR EXTENSION OF**
                                       )  **TIME FOR ALL DEFENDANTS**
13         vs.                         )  **RESPOND TO COMPLAINT** : ORDER
                                       )
14  MI PUEBLO NEWCO, LLC, et al.,      )
                                       )
15              Defendants.            )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19  _____ )

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Mi Pueblo Newco, LLC, Che Che Liu, and Shu Fen Liu (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendants may have to and including December 26, 2017 to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order.

Date: November 30, 2017          MISSION LAW FIRM, A.P.C.


                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorneys for Plaintiff
                                 Francisca Moralez


Date: November 30, 2017          ANDREWS, LAGASSE, BRANCH & BELL LLP


                                 */s/ Christine M. Fitzgerald*
                                 Matthew T. Sinnott
                                 Christine M. Fitzgerald
                                 Attorney for Defendants
                                 Mi Pueblo Newco, LLC, Che Che Liu, and
                                 Shu Fen Liu

Date: December 11, 2017

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA