1  MARGARET C. BELL (SBN: 156879)
   MATTHEW T. SINNOTT (SBN:229468)
2  CHRISTINE M. FITZGERALD (SBN:259014)
   ANDREWS · LAGASSE · BRANCH & BELL LLP
3  4365 Executive Drive, Suite 950
   San Diego, CA  92121
4  Telephone:  (858) 345-5080
   Facsimile:  (858) 345-5025
5
   Attorneys for Defendants
6  Mi Pueblo Newco, LLC,
   Che Chen Liu, and Shu Fen Liu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MI PUEBLO NEWCO, LLC dba MI PUEBLO FOOD CENTER #7; CHE CHEN LIU, Trustee of THE CHE CHEN LIU AND SHUFEN LIU REVOCABLE TRUST dated October 9, 2012; SHU FEN LIU, Trustee of THE CHE CHEN LIU AND SHUFEN LIU REVOCABLE TRUST dated October 9, 2012,<br><br>　　　　　Defendants. | Case No. 3:17-cv-05871-CRB<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MI PUEBLO NEWCO, LLC TO RESPOND TO COMPLAINT** : ORDER<br><br>Complaint filed:  10/31/17<br>Trial date:　　　None yet |

-1-

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Mi Pueblo Newco, LLC, Che Chen Liu, and Shu Fen Liu (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendants may have to and including January 19, 2018 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Date: December 26, 2017     MISSION LAW FIRM, A.P.C.

*/s/Tanya E. Moore*

Tanya E. Moore
Attorneys for Plaintiff
Francisca Moralez

Date: December 26, 2017     ANDREWS, LAGASSE, BRANCH & BELL LLP

*/s/Christine M. Fitzgerald*

Matthew T. Sinnott
Christine M. Fitzgerald
Attorney for Defendants
Mi Pueblo Newco, LLC,
Che Chen Liu, and Shu Fen Liu

Date: January 4, 2018



-2-

SECOND STIPULATION EXTENDING
TIME TO RESPOND TO COMPLAINT

CASE NO. 3:17-CV-05871-CRB

| | |
|---|---|
| 1 | MARGARET C. BELL (SBN: 156879) |
| | MATTHEW T. SINNOTT (SBN:229468) |
| 2 | CHRISTINE M. FITZGERALD (SBN:259014) |
| | ANDREWS · LAGASSE · BRANCH & BELL LLP |
| 3 | 4365 Executive Drive, Suite 950 |
| | San Diego, CA  92121 |
| 4 | Telephone: (858) 345-5080 |
| | Facsimile: (858) 345-5025 |
| 5 | |
| 6 | Attorneys for Defendants |
| | Mi Pueblo Newco, LLC, |
| | Che Chen Liu, and Shu Fen Liu |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 3:17-cv-05871-CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Complaint filed: 10/31/17 |
| | Trial date: None yet |
| MI PUEBLO NEWCO, LLC dba MI PUEBLO FOOD CENTER #7; CHE CHEN LIU, Trustee of THE CHE CHEN LIU AND SHUFEN LIU REVOCABLE TRUST dated October 9, 2012; SHU FEN LIU, Trustee of THE CHE CHEN LIU AND SHUFEN LIU REVOCABLE TRUST dated October 9, 2012, | |
| Defendants. | |

I, the undersigned, declare and state as follows:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4365 Executive Drive, Suite 950, San Diego, California 92121.

On **December 26, 2017**, I electronically filed and served a true and correct copy of the within document(s):

**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MI PUEBLO NEWCO, LLC TO RESPOND TO COMPLAINT**

-1-

CERTIFICATE OF SERVICE                                      CASE NO. 3:17-CV-05871-CRB

ANDREWS · LAGASSE · BRANCH & BELL LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121

( )   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

( X ) I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Tanya E. Moore
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
(408) 298-2000 / Fax: (408) 298-6046
service@mission.legal
Attorneys for Plaintiff Francisca Moralez

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 26, 2017, at San Diego, California.

_____
Kendra Miller